

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00893-CV

Judy **BARRERA**,
Appellant

v.

**BEXAR COUNTY HOSPITAL DISTRICT** d/b/a University Health System and Charles Reed,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI22275
Honorable Michael E. Mery, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, we MODIFY the trial court's December 2, 2019 Final Summary Judgment to dismiss appellant Judy Barrera's lawsuit for lack of subject matter jurisdiction. The trial court's judgment is AFFIRMED AS MODIFIED. We ORDER appellant to pay the costs of this appeal.

SIGNED November 25, 2020.

_____
Beth Watkins, Justice